IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RIMOWA GMBH,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>DHFUA FAXFA, et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-02697<br><br>**Judge Robert W. Gettleman**<br><br>**Magistrate Judge Jeffrey Cummings** |

**SATISFACTION OF JUDGMENT**

WHEREAS, a judgment was entered in the above action on July 7, 2019 [54], in favor of Plaintiff Rimowa GmbH ("Rimowa" or "Plaintiff") and against the Defendants Identified in Schedule A in the amount of one million dollars ($1,000,000) per Defaulting Defendant for willful use of counterfeit Rimowa Trademarks in connection with the offer for sale and/or sale of products through at least the Defendant Internet Stores, and Rimowa acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendant:

| Defendant Name | Line No. |
|---|---|
| QiChe | 28 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendant are hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated this 10th day of September 2020.  Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Rimowa GmbH*